John J. Talton, Chapter 13 Trustee  
Pay to: CLERK  Clerk of the Court  
Check No. 801883  
Please notify the Court & us of any changes made after filing of your claim  (ex. account number, address, claim assignment, etc.)

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 04-11851 | 007-1 | TERRENCE ANTONY HOLMES<br>Original Check written to:<br>BANK ONE DELAWARE<br>P O BOX 100018<br>KENNESAW, GA  30156-9204 | xxxxxxxxxxxx0720 | 266.07 | 5.20 | 0.00 | 5.20 |
| 05-10578 | 001-0 | JAMES G DIEMER<br>Original Check written to:<br>TIMOTHY K. COLGAN, MD<br>2955 HARRISON, SUITE 103<br>BEAUMONT, TX  77702- | x8478 | 849.93 | 55.95 | 0.00 | 55.95 |
| 05-90380 | 008-0 | GARY DEWAYNE FRICK<br>Original Check written to:<br>CITIFINANCIAL<br>P O BOX 22060<br>TEMPE, AZ  85285-2060 | xxxxxxxxxxxx6924 | 0.00 | 382.06 | 0.00 | 382.06 |
| 05-90895 | 009-0 | RANDALL CLEON MURRY<br>Original Check written to:<br>NUVELL CREDIT COMPANY, LLC<br>P. O. BOX 1762<br>GREELEY, CO  80632- | xxxxxxxxxxxxx0745 | 7,806.50 | 753.01 | 0.00 | 753.01 |
| 06-10232 | 103-0 | PHILLIP L MARLER<br>Original Check written to:<br>ALLIED TELEPHONE DIRECTORIES<br>P O BOX 90490<br>WASHINGTON, DC  20090- | xxxxxxxx2853 | 826.69 | 14.31 | 0.00 | 14.31 |
| 06-10367 | 023-1 | MARLON D. ROBINSON, SR.<br>Original Check written to:<br>FIVEPOINT CU<br>C/O PEAK5<br>6782 S. POTOMAC ST.<br>CENTENNIAL, CO  80112- | xx0281 | 5,113.32 | 227.90 | 0.00 | 227.90 |